UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

CHAUNCEY GIRARD

    vs.                                Case No.   9:15-CV-0187   TJM/DJS

CUTTLE, ET AL.

## ORDER FOR TELEPHONE CONFERENCE

The Court hereby ORDERS the arrangement and participation of:

1. Name of detainee:                    CHAUNCEY GIRARD

2. Prisoner ID #:                       11-A-1352

3. Detained by:                         Green Haven Correctional Facility
                                              594 Rt. 216
                                              Stormville, New York 12582-0010

4. Detainee is:              (A)   (X)   Plaintiff in a Civil Action

                               (B)   (  )   A witness not otherwise available by the ordinary process of the Court

**5. Participation of Inmate Chauncey Girard (11-A-1352) is hereby ORDERED on <u>Friday, February 3, 2017</u> at <u>9:30 a.m.</u> for a telephone conference to be conducted by Magistrate Judge Daniel J. Stewart. The Court will initiate the conference call.**

**SO ORDERED,**

Date:  <u>January 25, 2017</u>

                                                           Daniel J. Stewart
                                                           U.S. Magistrate Judge

cc:   Chauncey Girard, via U.S. Postal Service
      Green Haven Correctional Facility, via Facsimile
      John F. Moore, AAG., via CM/ECF