**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

CHAUNCEY GIRARD,

                        Plaintiff,

      - v -                                    Civ. No. 9:15-CV-187
                                                    (TJM/DJS)

A. HICKEY, *et al.*,

                        Defendants.

**APPEARANCES:**                                    **OF COUNSEL:**

CHAUNCEY GIRARD
11-A-1352
Plaintiff, *Pro Se*
Green Haven Correctional Facility
P.O. Box 4000
Stormville, New York 12582

HON. ERIC T. SCHNEIDERMAN                  JOHN F. MOORE, ESQ.
Attorney General of the State of New York      Assistant Attorney General
Attorney for Defendants
The Capitol
Albany, New York 12224

**Daniel J. Stewart**
**United States Magistrate Judge**

## ORDER

      As part of the Court's previous comprehensive order, Dkt. No. 188, Counsel for the

Defendants was instructed to provide to Chambers the personnel files for Defendants Hickey;

Venditti; Abate; Thomas; and Gilfus. Those personnel files have been submitted to the Court.

The *in camera* review of the personnel files of Defendants Hickey; Venditti; Abate; Thomas;

and Gilfus did not reveal any relevant information nor impeachment that could be shared with Mr. Girard.

The Court directs that the Defendants' Counsel immediately retrieve from the Court's courtroom deputy, Daniel Krug, the personnel files. The Clerk of the Court is directed to mail a copy of this Order to Chauncey Girard at his last known address.

**IT IS SO ORDERED**.

Date: October 17, 2017
Albany, New York

_____
Daniel J. Stewart
U.S. Magistrate Judge